UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN TURNER,                    *
    Plaintiff,              *
                              *
v.                              *     Civil Action No. 07-329 (CKK)
                              *
MICHAEL J. ASTRUE,[1]           *
Commissioner of Social Security, *
    Defendant.              *

DEFENDANT'S MOTION TO DISMISS OR, IN THE
ALTERNATIVE, TO TRANSFER THIS CASE AND SUPPORTING
MEMORANDUM OF POINTS AND AUTHORITIES

Pursuant to Federal Rule of Civil Procedure 12(b)(3), defendant moves to dismiss this

case or, in the alternative, to transfer it, pursuant to 28 U.S.C. § 1404(a), to the jurisdiction where

venue is proper.  The complaint establishes that plaintiff is a prisoner in a federal prison in

Atlanta, Georgia, which is in the United States District Court for the Northern District of

Georgia.

Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g) states in pertinent part as

follows:

> (g)  Any individual, after any final decision of the Commissioner made after a
> hearing to which he was a party irrespective of the amount in controversy, may
> obtain a review of such decision by a civil action commenced within sixty days
> after the mailing to him of notice of such decision or within such further time as
> the Commissioner may allow.  Such action shall be brought in the district court of
> the United States for the judicial district in which the plaintiff resides, or has his
> principal place of business, or, if he does not reside or have his principal place of
> business within any such judicial district, in the United States District Court for

---

[1]Michael J. Astrue became the Commissioner of Social Security on February 12, 2007.
Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should,
therefore, be substituted for Commissioner Jo Anne B. Barnhart as the defendant in this suit.  No
further action need be taken to continue this suit by reason of the last sentence of section 205(g)
of the Social Security Act, 42 U.S.C. § 405(g).  Substitution is also automatic under Fed. R. Civ.
P. 25(d).

the District of Columbia. * * *

(Emphasis added).

The attachments to the complaint indicate that when plaintiff was awarded supplemental security disability benefits, he was a resident of the District of Columbia. Complaint also establishes that at the time plaintiff filed this action in the District of Columbia he was a resident in a federal prison in Atlanta. For purposes of the administration of the Social Security Act, a person who is not an alien and who is imprisoned resides at the location of the prison. See Ryan v. Brady, 776 F.Supp. 1 (D.D.C. 1991), reversed on other grounds, 978 F.2d 744 (D.C. Cir. 1992), affirmed on appeal after remand, 12 F.3d 245 (D.C. Cir. 1993).

For the foregoing reasons, defendant states that the instant case of action should be dismissed or transferred to the district of plaintiff's residence as required by section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney
            /s/
FRED E. HAYNES
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C.  20530

Of Counsel:

Thomas W. Crawley
    Acting General Counsel
James A. Winn
    Acting Deputy General Counsel
Gwen Jones Kelley
    Acting Associate General Counsel
        for Program Litigation
Richard Fox
    Director, Disability Programs Division

Office of the General Counsel
Social Security Administration
Baltimore, Maryland

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN TURNER,                           *
     Plaintiff,                      *
                                     *
v.                                     *     Civil Action No. 07-329 (CKK)
                                     *
MICHAEL J. ASTRUE,                     *
Commissioner of Social Security,       *
     Defendant.                      *

<u>ORDER</u>

Upon consideration of defendant 's motion to dismiss or, in the alternative, to transfer this case, and the response thereto, it is

ORDERED that the Clerk is directed to transfer this case to the Northern District of Georgia.

UNITED STATES DISTRICT JUDGE

Copies to the pro se plaintiff and to defendant

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 14th day of May, 2007, a copy of the foregoing motion

to dismiss was served by first-class mail, postage prepaid, on:

                John Turner
                #05081-016
                United States Penitentiary
                P.O. Box 150160
                Atlanta, Georgia 30315

                        /s/
                FRED E. HAYNES, D.C. Bar #165654
                Assistant United States Attorney
                555 Fourth Street, N.W., Room E-4110
                Washington, D.C.  20530
                202.514.7201