UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN TURNER, Pro-Se,               )   Civil Action # 07-329(CKK)
                                   )
      Plaintiff,                   )
                                   )
v.                                 )
                                   )
MICHAEL J. ASTRUE, Commissioner    )
    of Social Security,           )
                                   )
      Defendant.                   )

**RECEIVED**

JUN 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS
OR IN THE ALTERNATIVE CHANGE VENUE

    **COMES NOW**, Plaintiff John Turner, Pro-Se, and moves this Honorable Court pursuant to Federal Rules of Civil Procedure 28 U.S.C. 1391(e), to retain jurisdiction to the aforementioned case, as well as to deny defendants motion to dismiss for the following said reasons:

    28 U.S.C. 1404(b) leaves this matter clearly at the discretion of the court. The defendant cites 42 U.S.C. 405(g) of the Social Security Act, regarding Judicial Review. For the case at hand it is inapplicable because there was never a final decision made by the Commissioner, nor was there ever any notice given at any time (See Civil Action). The government's argument is unfounded in the case law cited. The Plaintiff is a life long resident of Washington D.C., the matter asserted all occurred in D.C. at every stage of the process of applying for and obtaining S.S.I. benefits. Unlike in Ryan v. Brady, 776 F.Supp. 1, also 12 F.3d 245, Plaintiff has been

both a resident, and incarcerated in the District of Columbia.

Additionally, it would also place an undue burden on the Plaintiff financially and otherwise to have to re-file his civil matter at each occassion that he is moved to another prison for whatever reason.

Furthermore, Plaintiff's conviction was recently overturned (U.S. District Court of Appeals; D.C. Circuit; Case #05-3133-05-3199) so therefore he'll be very soon removed from this jurisdiction altogether.

For the reasons noted, Plaintiff requests that the Defendant's Motion to Dismiss, or in the alternative change venue, be denied.

Respectfully submitted,

John Turner
John Turner #05081-016
U.S.P. Atlanta
P.O. Box 150160
Atlanta, GA 30315