UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN TURNER,<br>　　Plaintiff, | *<br>*<br>* |
| v. | *　Civil Action No. 07-329 (CKK) |
| | * |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>　　Defendant. | *<br>*<br>* |

REPLY MEMORANDUM IN SUPPORT OF THE MOTION
TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER

　　Plaintiff has opposed the Commissioner's motion to dismiss this case or to transfer it to a district where venue would be proper, i.e., the Northern District of Georgia. Plaintiff first argues that he has been a lifelong resident of the District of Columbia and that this, together with other factors, means that the Court should find that venue for this case is proper in the District of Columbia. This argument, however, must fail due to the specific venue statute governing social security cases and the decision of our Court of Appeals in In re Lawrence C. Pope, 580 F.2d 620 (1978), that a prisoner resides where he is imprisoned.

　　Plaintiff's second argument is that the conviction in his criminal case has been overturned (in May of this year) and that he will soon be leaving the prison in Atlanta. This is correct; it is possible that within several weeks plaintiff will be returned to the District of Columbia jail. Venue, however, is determined at the time of the filing of the case. Flowers Industries Inc. v F.T.C., 835 F.2d 775, 776 n.1 (11th Cir. 1987).

　　For the reasons set forth above and in the memorandum in support of the motion to

dismiss or to transfer, defendant's motion should be granted.

                                              Respectfully submitted,

                                              JEFFREY A. TAYLOR, D.C. Bar #498610
                                              United States Attorney
                                                    /s/
                                              FRED E. HAYNES
                                              Assistant United States Attorney
                                              555 4th Street, N.W., Room E-4110
                                              Washington, D.C.  20530

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 15th day of June, 2007, a copy of the foregoing reply memorandum in support of the motion to dismiss or, in the alternative, to transfer was served by first-class mail, postage prepaid, on:

> John Turner
> #05081-016
> United States Penitentiary
> P.O. Box 150160
> Atlanta, Georgia 30315

>           /s/
> FRED E. HAYNES, D.C. Bar #165654
> Assistant United States Attorney
> 555 Fourth Street, N.W., Room E-4110
> Washington, D.C.  20530
> 202.514.7201