UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| John Turner, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 07-329 (CKK) |
| | : | |
| Jo Anne B. Barnhart, | : | |
| | : | |
| Defendant. | : | |

TRANSFER ORDER

This action, brought under the Social Security Act, is before the Court on defendant's motion to dismiss or to transfer. Plaintiff is incarcerated at the United States Penitentiary in Atlanta, Georgia. Defendant rightly asserts that this venue is improper because the action must be "brought in the district court of the United States for the judicial district in which the plaintiff resides," 42 U.S.C. § 405(g), which for prisoners is the place of incarceration. *In re Pope*, 580 F.2d 620, 622 (D.C. Cir. 1978); *Bryant v. Carlson*, 652 F. Supp. 1286, 1287 (D.D.C. 1987). *See Ryan v. Brady*, 776 F. Supp. 1, 2 (D.D.C. 1991) ("[P]laintiff, who is now incarcerated in Allenwood, Pennsylvania, neither resides within this jurisdiction nor has his principal place of business here."). Rather than dismiss the case, the Court finds it in the interests of justice to transfer it to the appropriate venue. Accordingly, it is this 20th day of June 2007,

ORDERED that defendant's motion to transfer [Dkt. No. 9] is GRANTED; and it is

FURTHER ORDERED that pursuant to 28 U.S.C. § 1406(a), this case is TRANSFERRED to the United States District Court for the Northern District of Georgia.

_____s/s_____
COLLEEN KOLLAR-KOTELLY
United States District Judge